IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.C. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 14-5707 |
| | : | |
| PERKIOMEN VALLEY SCHOOL DISTRICT, et al. | : | |
| | : | |

**ORDER**

**AND NOW**, this 11th day of May 2015, upon consideration of the Defendant Perkiomen School District's Motion to Dismiss and supporting Memoranda (ECF Doc. Nos. 4, 16, 25), Defendant Student Transportation of America, Inc.'s Motion to Dismiss (ECF Doc. Nos. 7, 17, 24), Plaintiff's Oppositions to the Motions to Dismiss (ECF Doc. Nos. 14, 15, 22, 28), oral argument on April 9, 2015, and in accord with the accompanying Memorandum, It is **ORDERED:**

1. Perkiomen School District's ("District") Motion (ECF Doc. No. 4) is **DENIED without prejudice**;

2. Student Transportation of America, Inc.'s ("STA") Motion (ECF Doc. No. 7) is **GRANTED** as to any claims against it in Counts I and II and these claims are **dismissed without prejudice**; STA's Motion is **DENIED** as to Count III for negligence;

3. Defendants shall answer the Complaint on or before **May 26, 2015.**

_____
KEARNEY, J.